JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

TODD M. FRIEDMAN (SBN 216752)
SUREN N. WEERASURIYA (SBN 278521)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228
*tfriedman@attorneysforconsumers.com*
*sweerasuriya@attorneysforconsumers.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARIAH BRADFORD-URBAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YOUR MARKETING SOURCE, INC. dba INTERNET LOCAL LISTINGS, and DOES 1 through 20, inclusive, and each of them,<br><br>Defendants. | Case No. 8:15-CV-00079AG(DFMx)<br><br>**NOTICE OF RELATED CASES PURSUANT TO L.R. 83-1.3.1**<br><br>Complaint Filed: January 16, 2015 |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3, Plaintiffs hereby give notice of a related filed action pending in the Central District of California. This action, *Mariah Bradford-Urban v. Your Marketing Source, Inc. dba Internet Local Listings, et al.* ("*Bradford-Urban Action*") is related to the following action:

- *Ernesto Vargas v. Your Marketing Source, Inc. dba Internet Local Listings, Inc.,* Case No.: 8:14-cv-00513-CJC-DFM, filed on April 3, 2014 and voluntarily dismissed on August 6, 2014.

The *Bradford-Urban* and *Vargas* actions involve similar questions of law and fact. In the *Vargas* complaint, proposed plaintiff class also alleges that he was contacted by defendant Your Marketing Source, Inc. dba Internet Local Listings through use of an "automatic telephone dialing system" without his prior express consent.

These two actions are similar, are being pursued against the same Defendant, and challenge the same course of conduct. They were filed as class action cases seeking to end Defendant's negligent violations of the Telephone Consumer Protection Act and ensure that all Class members are compensated for damages resulting from Defendant's willful and/or negligent acts.

///
///
///
///
///
///
///
///

Accordingly, the later-filed *Bradford-Urban Action* may qualify for related-case transfer to the Honorable Cormac J. Carney in the Southern Division.

Dated: February 18, 2015          Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

Todd M. Friedman (SBN 216752)
*tfriedman@attorneysforconsumers.com*
Suren N. Weerasuriya (SBN 278521)
*sweerasuriya@attorneysforconsumers.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 8:15-cv-00079-AG (DFMx) entitled MARIAH BRADFORD-URBAN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED VS. YOUR MARKETING SOURCE, INC. DBA INTERNET LOCAL LISTINGS ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on February 18, 2015.

*/s/ Karina Pundeff*
Karina Pundeff

CERTIFICATE OF SERVICE