JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

TODD M. FRIEDMAN (SBN 216752)
SUREN N. WEERASURIYA (SBN 278521)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228
*tfriedman@attorneysforconsumers.com*
*sweerasuriya@attorneysforconsumers.com*

***Attorneys for Plaintiff and all others similarly situated***

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARIAH BRADFORD-URBAN, on behalf of herself and all others similarly situated, | Case No. SACV15-00079CJC(DFMx) |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | Complaint Filed: January 16, 2015 |
| YOUR MARKETING SOURCE, INC. dba INTERNET LOCAL LISTINGS, and DOES 1 through 20, inclusive, and each of them, | |
| Defendants. | |

*Kristensen Weisberg, LLP*
*12304 Santa Monica Blvd., Suite 100*
*Los Angeles, California 90025*

**TO THE HONORABLE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD AND ALL OTHER PARTIES:**

The undersigned, counsel of record for Mariah Bradford-Urban hereby gives notice that this entire case has been settled. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with prejudice, as to plaintiff Mariah Bradford-Urban's individual case, and without prejudice as to the putative class claims, will be filed within 45 days or at such further time as may be ordered by this court.

The initial pleading in this case was filed in the United States District Court, Central District of California on or about January 16, 2015.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Kristensen Weisberg, LLP
12304 Santa Monica Blvd, Suite 100
Los Angeles, California 90025

1   No Scheduling Conference or trial has been set in this matter.

2   I declare under penalty of perjury under the laws of the States of California

3   that the foregoing is true and correct.  Executed this 12th day of March, 2015, in

4   Los Angeles, California.

5

6

7   Dated:  March 12, 2015                    Respectfully submitted,

8                                   By:  */s/ John P. Kristensen*

9

10  John P. Kristensen (SBN 224132)
    *john@kristensenlaw.com*

11  David L. Weisberg (SBN 211675)
    *david@kristensenlaw.com*

12  **KRISTENSEN WEISBERG, LLP**
    12304 Santa Monica Blvd., Suite 100

13  Los Angeles, California 90025
    Telephone:  (310) 507-7924

14  Fax:  (310) 507-7906

15

16  Todd M. Friedman (SBN 216752)
    *tfriedman@attorneysforconsumers.com*

17  Suren N. Weerasuriya (SBN 278521)
    *sweerasuriya@attorneysforconsumers.com*

18  **LAW OFFICES OF TODD M. FRIEDMAN,**
    **P.C.**

19  324 S. Beverly Dr., Suite 725

20  Beverly Hills, California 90212

21  Telephone:  877-206-4741

22  Fax:  866-633-0228

23

24

25

26

27

28

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number SAC15-00079CJC (DFMx) entitled MARIAH BRADFORD-URBAN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED VS. YOUR MARKETING SOURCE, INC. DBA INTERNET LOCAL LISTINGS ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on March 12, 2015.


*/s/ Karina Pundeff*
Karina Pundeff